| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| RONALD ALLEMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:10-CV-744 |
| § | |
| MICHAEL J. ASTRUE, § | |
| Commissioner of Social § | |
| Security Administration, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court.  Pursuant to such order, the Court has received and considered the Report of the United States Magistrate Judge recommending dismissal for want of prosecution.  No objections to the Report of the United States Magistrate Judge were filed.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**.  A Final Judgment will be entered separately dismissing this action.

SIGNED at Beaumont, Texas, this 21st day of September, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE